UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAILE B. STEINBERG,<br><br>  Plaintiff,<br><br>  v.<br><br>MOBILEIRON, INC., et al.,<br><br>  Defendants. | Case No. 15-cv-04412-VC<br><br>**ORDER GRANTING MOTION TO REMAND**<br><br>Re: Dkt. No. 14 |

The motion to remand is granted for the reasons stated in *Liu v. Xoom Corp.*, No. 15-cv-00602-LHK, 2015 WL 3920074 (N.D. Cal. June 25, 2015), and *Plymouth County Retirement System v. Model N, Inc.*, No. 14-cv-04516-WHO, 2015 WL 65110 (N.D. Cal. Jan. 5, 2015). This action is remanded to Santa Clara County Superior Court.

**IT IS SO ORDERED.**

Dated: November 30, 2015

_____
VINCE CHHABRIA
United States District Judge